*April 30, 1935.*

ZIOLKOWSKI, Respondent, vs. WISCONSIN VALLEY ELEC-
TRIC COMPANY, Appellant.

For the appellant: *Genrich & Genrich,* attorneys, and
*Miles Lambert* of counsel, all of Wausau.

For the respondent: *W. E. Atwell* of Stevens Point.

*By the Court.*—Judgment affirmed.

WILL OF DODGE: MANSON, Contestant, Appellant, vs.
ESTATE OF DODGE, Respondent.

For the appellant: *Eberlein & Larson* of Shawano.

For the respondent: *P. J. Winter* of Shawano.

*By the Court.*—Judgment affirmed.

ESTATE ·OF KOSANDA: MILNE, Contestant, Appellant, vs.
DORSET, Proponent, Respondent.

For the appellant: *Baldwin & Bosshard* of La Crosse.

For the respondent: *Hale & Burke* and *Fred E. Steele,* all
of La Crosse.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on
June 24, 1935.